Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−80124

IN THE MATTER OF:
Rebekah Suzanne Rushing     xxx−xx−5895
1109 Lancaster Street
Durham, NC 27701

    Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 1/24/11 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 02/07/2011

**Date: 1/25/11**                        OFFICE OF THE CLERK/ ssh

# CERTIFICATE OF NOTICE

```
District/off: 0418-1          User: hammock            Page 1 of 1          Date Rcvd: Jan 25, 2011
Case: 11-80124                Form ID: 270             Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 27, 2011.
```
db           +Rebekah Suzanne Rushing,   1109 Lancaster Street,   Durham, NC 27701-1147
ust          +Michael D. West,   Bankruptcy Administrator,   P.O. Box 1828,   Greensboro, NC 27402-1828
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2011**                    Signature:    *Joseph Speetjens*