Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−80124

IN THE MATTER OF:
Rebekah Suzanne Rushing    xxx−xx−5895
1109 Lancaster Street
Durham, NC 27701

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 5/24/11 at 11:00 AM

to consider and act upon the following:

Motion For Sanctions against Triangle Auto Brokers for Violation of the Automatic Stay, and Motion For Turnover of the 1999 Chevrolet Tahoe. Filed by Debtor Rebekah Suzanne Rushing, by and through counsel, John Orcutt.

Dated: 5/11/11                                                                                     OFFICE OF THE CLERK/ ssh

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.